IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 267

| | | |
|---|---|---|
| LONNIE B. BARBEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ISOTHERMAL COMMUNITY | ) | |
| COLLEGE, RUSSELL WICKER, | ) | |
| DAVID LIBERA, THAD HARRILL, | ) | |
| STEVE MATHENY, WALTER | ) | |
| DALTON, and SALONIA THORN, | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court on December 13, 2019 for a status conference. Plaintiff appeared *pro se*. Attorney Matthew Gilley appear for Defendants.

Defendants' counsel reported that, in addition to the Motion to Compel that is currently pending (Doc. 19), a second motion to compel may be forthcoming and would be based on Plaintiff's failure to respond to written discovery requests that were served by Defendants in October 2019.

1

Plaintiff reported that he has been speaking with an attorney. Plaintiff also brought with him to the hearing documents that he appeared to indicate constituted his initial disclosures.

The Court explained to Plaintiff that, while he had been allowed to proceed *in forma pauperis* and had been given the benefit of an attorney for the limited purpose of participating in a settlement conference pursuant to this District's Pro Se Settlement Assistance Program (which settlement conference was unsuccessful and ended in an impasse), no attorney has made an appearance in this case on his behalf and that he is proceeding *pro se*.

Plaintiff was further advised that he should pay close attention to the deadlines in this matter, that he is required to follow the applicable procedural rules, including the Local Rules of this district as well as the Federal Rules of Civil Procedure, and that parties who fail to follow such rules may be subject to adverse consequences. In that regard, Plaintiff was advised that Defendants have filed a motion to compel that seeks sanctions against him, including up to and including the dismissal of his claims.

After receiving the status reports from the parties, and in its discretion, the Court extended the deadline for Plaintiff to respond to Defendants' pending Motion to Compel to and including **December 20, 2019**. The Court emphasizes that should Plaintiff fail to respond to the motion within that time period, the Court will proceed to consider the motion without the benefit of Plaintiff's position.

It is so **ORDERED**.

Signed: December 16, 2019

W. Carleton Metcalf
United States Magistrate Judge