# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Lonnie B. Barbee, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00267-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Isothermal Community College, Russell Wicker, David Libera, Thad Harrill, Steve Matheny, Walter Dalton, and Salonia Thorn, | ) ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 19, 2020 Memorandum of Decision and Order.

October 19, 2020

_____
Frank G. Johns, Clerk
United States District Court